9/21/2007 - IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR. - U. S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RIAD W. TANTASH. | ) | CASE NO. 1:07 CV 1532 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | MAGISTRATE PERELMAN |
| vs. | ) | |
| | ) | |
| TOM LINCOLN, et al., | ) | STIPULATION OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

Now come the Plaintiff and the Defendants, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), do hereby stipulate to the dismissal, with prejudice, of the above-referenced civil action. Costs shall be paid by the Plaintiff.

Respectfully submitted,

s/ Stephen M. Bales
_____
Stephen M. Bales (0003380)
ZIEGLER, METZGER & MILLER
925 Euclid Avenue, Suite 2020
Cleveland, Ohio 44115-1441
(216) 781-5470; Fax: (216) 781-0714
E-mail: sbales@zieglermetzger.com
*Attorney For Defendants, Nationwide Collections, Inc. and Tom Lincoln.*

1

/s/ Blake Owen Brewer
Blake Owen Brewer, Esq. (0010639)
Law Offices of Blake Owen Brewer Co., LPA
4807 Rockside Road, Suite 400
Independence, OH  44131
E-Mail:  blake@blakebrewerlaw.com
216.642.8234
216.642.8235 Fax
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 21, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      /s/ Blake Owen Brewer